# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943  
Fax (414) 271-9344  
info@chapter13milwaukee.com

740 N. Plankinton Avenue  
Suite 400  
Milwaukee, Wisconsin 53203

August 18, 2009

Clerk of US Bankruptcy Court  
126 U S Courthouse  
517 E. Wisconsin Ave.  
Milwaukee, WI 53202

RE: DBTR: ROBERT A FULLER  
     CASE NO: 06-22308-MDM

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056909 which replaces check # 1055805 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.


OFFICE OF CHAPTER 13 TRUSTEE



cc: file

**Mary B. Grossman
Chapter 13 Trustee**
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203
(414) 271-3943

SunTrust Bank

July 30, 2009

64-79
611

No. 1055805

PAY** One Hundred Sixty Nine Dollars and 56 Cents ******************************************* AMOUNT *********$169.56 ***
TO THE ORDER OF

00082522
UPFRONT REWARDS CARD SERVICES
PO BOX 888377
GRAND RAPIDS, MI 49588-8377

VOID AFTER October 28, 2009
Positive Pay Account

VOID

⑈1055805⑈ ⑆061100790⑆ 0000005751771⑈

Mary B. Grossman, Chapter 13 Trustee          Check No. 1055805
Pay to: 00082522 UPFRONT REWARDS CARD SERVICES
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 06-22308-MDM | 015-0 | ROBERT A. FELLER | 4608360000497061 | 1,322.12 | 169.56 | 0.00 | 169.56 |

VOID
ACF